UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GROVE HARBOUR MARINA AND
CARIBBEAN MARKETPLACE, LLC,

      Plaintiff,

                                  Case No.:

vs.

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, and IRONSHORE INSURANCE
LTD.,

      Defendants.
_____/

### VERIFIED DECLARATION OF MARK CROWEST PURSUANT TO 28 USC SECTION 1746

1.    I am over the age of 18 years and competent to make this verified declaration.

2.    I am a Claims Manager in the Property Department for Beazley Furlonge Limited, which manages Lloyd's Syndicates 623 and 2623.

3.    Lloyd's Syndicates 623 and 2623 are the lead subscribing syndicates on Policy Number B040114158X11 issued to the Plaintiffs by Certain Interested Underwriters at Lloyd's, London (the "Policy").

4.    Syndicates 2623, 0623, 1969, 1861, and 1200 subscribe to the Policy.

5.    None of the members of Syndicates 2623, 0623, 1969, 1861, and 1200 are citizens of the state of Florida.



DEFENDANT'S EXHIBIT "C"

## **VERIFICATION**

I, Mark Crowest, of Beazley Furlonge Limited hereby declare under penalty of perjury under the laws of the United Kingdom, the United States of America and the State of Florida that the information in the foregoing document are true and correct to the best of my present information, knowledge, and belief.

Executed On:
7th December 2012

Mark Crowest