UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-24348-Civ-COOKE/TURNOFF

GROVE HARBOR MARINA AND
CARIBBEAN MARKETPLACE, LLC,

    Plaintiff,

vs.

CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON, *et al.*,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CASE is before me on the Defendants' Notice of Removal, filed on December 10, 2012. ECF No. 1. I have reviewed the Complaint, ECF No. 1-2, the record, and relevant legal authorities. As a court of limited jurisdiction, a federal court has an obligation to conduct an independent examination as to whether it has jurisdiction before reaching the merits of any claim. *Kelly v. Harris*, 331 F.3d 817, 819 (11th Cir. 2003). In reviewing the Complaint and the Notice of Removal, I find that there is an open issue as to whether this Court has subject matter jurisdiction.

The Defendants removed this case under 28 U.S.C. § 1332 (diversity of citizenship), with Grove Harbor Marina and Marketplace, LLC ("Grove Harbor") as the Plaintiff. The citizenship of a limited liability company is determined, for diversity purposes, by the citizenship of all the members composing the entity. *Rolling Greens MHP v. Comcast SCH Holdings*, *LLC*, 374 F.3d 1020, 1021-22 (11th Cir. 2004). A limited liability company is a citizen of any state of which a member is a citizen. *Id.* at 1022. To sufficiently allege the citizenship of a limited liability company, a party must list the citizenship of all the members of the limited liability company. *Id.*

I have examined Defendants' jurisdictional allegations regarding Grove Harbor and find them lacking. Specifically, Defendants have failed to identify the citizenship of each of the members of Grove Harbor. Consequently, I am unable to ascertain whether complete diversity exists, and, therefore, the Notice of Removal fails to satisfy the prerequisites of subject matter jurisdiction.

It is **ORDERED and ADJUDGED** that Defendants shall file an amended notice of removal, within twenty-one days of this order, correcting the deficient allegations of citizenship, as noted in this Order. Failure to plead the necessary jurisdictional prerequisites in a timely manner will result in a remand due to lack of subject matter jurisdiction.

**DONE and ORDERED** in chambers, at Miami, Florida, this 14th day of December 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*