# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search
Events              No Name History                                   Submit

## Detail by Entity Name

### Florida Limited Liability Company
SOUTHERN CROSS MARINAS L.C.

### Filing Information

Document Number    L96000000913
FEI/EIN Number     650840193
Date Filed         08/28/1996
State              FL
Status             INACTIVE
Last Event         ADMIN DISSOLUTION FOR ANNUAL REPORT
Event Date Filed   10/01/2004
Event Effective Date NONE

### Principal Address

% CARLOS A. LACASA, ESQ.
701 BRICKELL AVENUE, #1800
MIAMI FL 33131

Changed 05/15/1998

### Mailing Address

% CARLOS A. LACASA, ESQ.
701 BRICKELL AVENUE, #1800
MIAMI FL 33131

Changed 05/15/1998

### Registered Agent Name & Address

LACASA, CARLOS A ESQ.
701 BRICKELL AVENUE
#1800
MIAMI FL 33131 US

Address Changed: 05/15/1998

### Manager/Member Detail

**Name & Address**

Title MGRM

CHRISTOPH, ROBERT
300 ALTON ROAD SUITE 303
MIAMI BEACH FL 33139

Title MGRM

LACASA, CARLOS A
701 BRICKELL AVE., #1800


EXHIBIT C

MIAMI FL 33131

Title MGRM

REBULL, JULIO
8982 S.W. 8 TERRACE
MIAMI FL 33174

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2001 | 04/20/2001 |
| 2002 | 05/01/2002 |
| 2003 | 04/30/2003 |

## Document Images

| | |
|---|---|
| 04/30/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/20/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/15/1998 -- Reinstatement | View image in PDF format |
| 08/28/1996 -- DOCUMENTS PRIOR TO 1997 | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                    Entity Name Search

Events    **No Name History**                                          Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State