02/11/2005 16:29 15022294... CT CORPORATION SYSTEM PAGE 01/04

Division of Corporations Page 1 of 1

C96000000927

④

## Florida Department of State
Division of Corporations
Public Access System

Electronic Filing Cover Sheet

2/11 amend & Restated

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H05000036587 3)))

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
    Division of Corporations
    Fax Number    : (850)205-0383

From:
    Account Name   : C T CORPORATION SYSTEM
    Account Number : FCA000000023
    Phone          : (850)222-1092
    Fax Number     : (850)222-9428
```

MJH

196-927

## LIMITED LIABILITY AMENDMENT

### GROVE HARBOUR MARINA AND CARIBBEAN MARKETPLACE, LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $25.00 |

Electronic Filing Menu    Corporate Filing    Public Access Help


EXHIBIT D

https://efile.sunbiz.org/scripts/efilcovr.exe          2/11/2005

## AMENDED AND RESTATED
## ARTICLES OF ORGANIZATION

of

### GROVE HARBOUR MARINA AND CARIBBEAN MARKETPLACE, LLC

(a Florida limited liability company)

1. The present name of this limited liability company is Grove Harbour Marina and Caribbean Marketplace, LLC (the "Company"), which has not been changed since the original Articles of Organization for the Company were filed with the Florida Secretary of State on August 30, 1996. These Amended and Restated Articles of Organization are duly executed and filed in accordance with F.S. § 608.411.

2. The Company is being formed for the following purposes:

   a. To engage in any and all lawful business or activity permitted under the laws of the United States and the State of Florida.

   b. To generally have and exercise all powers, rights and privileges necessary and incident to carrying out properly the objects herein mentioned.

   c. To do anything and everything necessary, suitable, convenient or proper for the accomplishment of any of the purposes or the attainment of any or all of the objects hereinbefore enumerated or incidental to the purposes and powers of the limited liability company or which at any time appear conductive thereto or expedient.

   This Company shall have all of the powers enumerated in the Florida Limited Liability Company Act, as amended from time to time.

3. The principal place of business, street address and the mailing address of the Company is:

   12601 S.W. 56 Street
   Miami, Florida 33175

4. The name and street address of the registered agent of the Company is:

   Felix Lima
   12601 S.W. 56 Street
   Miami, Florida 33175

5. The Company shall be a manager-managed company.

05 FEB 11 PM 3:19

6.  The Company shall indemnify any and all of its members, managers, officers, employees or agents or former officers, managers, employees or agents or any person or persons who may have served at its request as an officer, manager, employee or agent of another company, corporation, partnership, joint venture, trust or other enterprise in which it owns an equity interest or of which it is a creditor, to the full extent permitted by law. Said indemnification shall include, but not be limited to, the expenses, including the cost of any judgments, fines, settlements and counsel's fees, actually and necessarily paid or incurred in connection with any action, suit or proceedings, whether civil, criminal, administrative or investigative, and any appeals thereof, to which any such person or their legal representative may be made a party or may be threatened to be made a party, by reason of such person being or having been an officer, employee or agent as herein provided. The foregoing right of indemnification shall not be exclusive of any other rights to which any officer, employee or agent may be entitled as a matter of law or which such person may be lawfully granted.

IN WITNESS WHEREOF, the undersigned member of Grove Harbour Marina and Caribbean Marketplace, LLC have executed these Amended and Restated Articles of Organization this 11th day of February 2005.

MEMBER:

Harbour Management Group Corp,., a Florida corporation

By: _____
    Felix Lima, Vice-President

2

## ACKNOWLEDGMENT OF REGISTERED AGENT

The undersigned, having been appointed as Registered Agent for Grove Harbour Marina and Caribbean Marketplace, LLC, at the place designated in the Amended and Restated Articles of Organization of Grove Harbour Marina and Caribbean Marketplace, LLC, hereby agrees to act in such capacity and to comply with the provisions of law in relation thereto. The undersigned is familiar with, and accepts, the obligations of a Registered Agent under the Florida Limited Liability Company Act.

_____
Felix Lima

3